IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEBRA LYNN EMENHIZER,** | : | Civil No. 1:16-CV-326 |
| **Plaintiff,** | : | |
| v. | : | |
| | : | **(Magistrate Judge Carlson)** |
| **CAROLYN W. COLVIN** | : | |
| **Defendant.** | : | |

# ORDER

Accordingly, for the reasons set forth in the accompanying Memorandum opinion, IT IS ORDERED that the Commissioner's decision denying the plaintiff's application for disability benefits is AFFIRMED, and the clerk is directed enter judgment for the defendant and close this case.

So ordered this 23d day of February, 2017.

*S/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge